# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2997

_____

Andre Tony Walls,

      Appellant,

    v.

Deanna Hiller; Michael R. Isaacson,
Sued as Michael Isaacson; Bureau of
Prisons, Sued as Federal Bureau of
Prisons,

      Appellees.

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

Appeal from the United States
District Court for the
District of Minnesota.

[UNPUBLISHED]

_____

Submitted: February 19, 2002
Filed: February 22, 2002

_____

Before LOKEN, BEAM, and RILEY, Circuit Judges.

_____

PER CURIAM.

Federal inmate Andre Walls appeals the district court's[1] adverse grant of summary judgment in his lawsuit against the Bureau of Prisons and two of its

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

officials.  For the reasons stated in the magistrate judge's report, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.